No. 72–5521. Strunk, aka Wagner *v.* United States C. A. 7th Cir. [Certiorari granted, 409 U. S. 1106.] Motion of Terence F. MacCarthy to permit John R. Wideikis to argue *pro hac vice* on behalf of petitioner granted.

No. 72–6170. Kaplan *v.* Judges of the United States Court of Appeals for the Second Circuit et al. Motion for leave to file petition for writ of mandamus and/or prohibition denied.

No. 72–5830. Patterson *v.* Warner et al. Appeal from D. C. S. D. W. Va. Motion for leave to proceed *in forma pauperis* granted. Probable jurisdiction noted.

No. 72–1057. United States *v.* Giordano et al. C. A. 4th Cir. Motion of respondent Giordano for leave to proceed *in forma pauperis* and certiorari granted.

No. 72–944. Marulakis *v.* Williams. Sup. Ct. Ohio. Certiorari denied.

No. 72–975. Newman *v.* United States. C. A. 5th Cir. Certiorari denied.

No. 72–980. Vastola *v.* United States. C. A. 2d Cir. Certiorari denied.

No. 72–982. Rosenberg *v.* United States. C. A. 7th Cir. Certiorari denied.

No. 72–988. Moore *v.* United States. C. A. 3d Cir. Certiorari denied.